

FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8058

| UNITED STATES OF AMERICA, | Magistrate Case No.: |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Ramses RAMOS-Andrade | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about January 23, 2008, within the Southern District of California, defendant Ramses RAMOS-Andrade did knowingly and intentionally import approximately 33.46 kilograms (73.612 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Reuben McDowell, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24TH, DAY OF JANUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ramses RAMOS-Andrade

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent McDowell.

On January 23, 2008, at approximately 0607 hours, Ramses RAMOS-Andrade entered the United States at the Calexico, California, East Port of Entry. RAMOS was the driver, sole occupant and registered owner of a 2001 Plymouth Neon, bearing license plates BA/MX BDT2943. The vehicle approached lane 2 manned by CBPO E. Chong. CBPO Chong received a negative oral Customs declaration from RAMOS. CBPO Chong observed packages in the rocker panel of the vehicle. CBPO Chong escorted RAMOS and the vehicle to the vehicle to secondary inspection.

CBPO Chong requested CEO B. Pyburn to screen the vehicle with his assigned Human and Narcotics Detector Dog (HNDD). The HNDD alerted to the rocker panel area of the vehicle.

A subsequent inspection of the vehicle revealed 28 packages in the rocker panels and dash of the vehicle. One of the packages was probed by CBPO Chong and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 28 packages had a combined weight of approximately 33.46 kilograms (73.612 pounds).