AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA                    **WAIVER OF INDICTMENT**

v.

RAMSES RAMOS-ANDRADE                    CASE NUMBER: _08 MJ 8058_

I, RAMSES RAMOS-ANDRADE    , the above named defendant, who is accused of

committing the following offense:

Importation of *, in violation of Title 21, United States Code, Sections 952 and 960
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _Feb 20, 2008_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.


_RAMSES RAMOS A._
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

**FILED**

FEB 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY