# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Ramses Ramos-Andrade )
)
)

CASE NUMBER _08CR441-LAB_

ABSTRACT OF ORDER

Booking No. _05891298_

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _6/30/08_

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. _Probation 5 years_

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
OR

Received_____
DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
_____ Deputy Clerk    T. WASHAM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**